**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6659**

WELDON EUGENE HOLTZCLAW, JR.,

Plaintiff - Appellant,

v.

THE UNITED STATES,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Donald C. Coggins, Jr., District Judge.  (6:25-cv-01413-DCC)

Submitted:  January 22, 2026                          Decided:  January 29, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Weldon Eugene Holtzclaw, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Weldon Eugene Holtzclaw, Jr., appeals the district court's order dismissing his civil action without prejudice for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Holtzclaw v. United States*, No. 6:25-cv-01413-DCC (D.S.C. July 29, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*